UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:15-00107 |
| | ) | JUDGE CAMPBELL |
| JOEL PADRON-SIFUENTES | ) | |

## ORDER

Pending before the Court is the Defendant's Motion To Transfer Case (Docket No. 13). The Motion is GRANTED. Accordingly, this case is transferred to Chief Judge Kevin Sharp with his consent.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE